UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:16-cv-62104-RNS

MARY JOSEPH, an individual

    Plaintiff,

v.

A.C.T. JANITORIAL SERVICES COMPANY, INC.,
a Florida Corporation, and NATIONAL FACILITY
SERVICES LLC, a Delaware Limited Liability Company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MARY JOSEPH, and Defendants, A.C.T. JANITORIAL SERVICES COMPANY, INC. and NATIONAL FACILITY SERVICES LLC, by and through the undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted this 19th day of October, 2016.

| | |
|---|---|
| **s/Keith M. Stern** | *s/Steven L. Schwarzberg* |
| Keith M. Stern | Steven L. Schwarzberg, Esquire |
| E-mail: employlaw@keithstern.com | E-mail: steve@schwarzberglaw.com |
| LAW OFFICE OF KEITH M. STERN, P.A. | SCHWARZBERG & ASSOCIATES |
| 14 NE 1st Avenue, Suite 800 | 625 North Flagler Drive, Suite 600 |
| Miami, Florida 33132 | West Palm Beach, Florida 33401 |
| Telephone: (305) 901-1379 | Telephone: (561) 659-3300 |
| Facsimile: (561) 288-9031 | Facsimile: (561) 693-4540 |
| Attorney for Plaintiff | Attorney for Defendants |